IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW PORTERFIELD, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:10-cv-1307 |
| v. | ) |
| | ) |
| CSX TRANSPORTATION, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 20th day of December, 2011, upon consideration of Plaintiff's Motion to Compel, it is hereby ordered that such motion is denied, Defendant having already produced to Plaintiff those FRA citations which it has been able to locate per the search described in its Response in Opposition to Plaintiff's motion.

It is further ordered that Plaintiff's Objections to the Amended Notice of Deposition of Raymond Duffany are overruled.

SO ORDERED,

*[signature]*

Gary L. Lancaster
United States District Court Judge

7